JS6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANABELLA NGUYEN and TIM NGUYEN,<br><br>Plaintiffs,<br><br>vs.<br><br>CVS HEALTH CORPORATION; CVS PHARMACY, INC.; FIRST DATABANK, INC.<br><br>Defendants. | CASE NO.: 2:21-cv-06706-RGK(GJSx)<br>[Removal from Superior Court of California, Los Angeles, Case No.: 20STCV08079]<br><br>District Judge R. Gary Klausner<br>Magistrate Judge Gail J. Standish<br><br>**ORDER RE JOINT MOTION FOR REMAND TO SUPERIOR COURT** [8]<br><br>FAC FILED:   July 14, 2021<br>ACTION FILED:   February 26, 2020 |

IT IS HEREBY ORDERED that:

1. The matter is REMANDED to Superior Court of the State of California, County of Los Angeles for all further proceedings;

2. ~~Upon remand, Defendant, Garfield Beach CVS, L.L.C. will file a responsive pleading within 30 days of receipt in the Superior Court.~~

3. Each party will bear their own attorneys' fees associated with the remand and Defendant Garfield Beach CVS, L.L.C. will bear costs, if any, with remand.

**IT IS SO ORDERED.**

Date: 8/25/2021

*/s/ Gary Klausner*
HON. R. GARY KLAUSNER
United States District Judge

cc: Los Angeles Superior Court, 20STCV08079

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES